IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 08-cv-02042-RPM-BNB

CIES BISKER, LLC,

    Plaintiff,

v.

3M COMPANY,
FLOOR*graphics,* INC.,
NEWS AMERICA MARKETING IN-STORE, LLC, and
NEWS AMERICA MARKETING IN-STORE SERVICES, LLC,

    Defendants.

_____

### ORDER OF RECUSAL
_____

    Because my wife holds stock in defendant 3M Company, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

    ORDERED that the Clerk of Court shall reassign this civil action.

    DATED: September 24, 2008

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____
                  Richard P. Matsch, Chief Judge