IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02042-WYD-BNB

CIES BISKER, LLC,

Plaintiff,

v.

3M COMPANY, FLOORgraphics, INC.,
NEWS AMERICA MARKETING IN-STORE, LLC, and
NEWS AMERICA MARKETING IN-STORE SERVICES, LLC,

Defendants.

---

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     Pursuant to the filing of the Notice of Dismissal Without Prejudice [docket no.6, filed October 2, 2008],

     IT IS ORDERED that the hearing set for October 27, 2008, is **VACATED**, and the Non-Party Deponent The Aardvark Sign Company's Motion to Quash Defendant's Subpoenas Duces Tecum [docket no. 1] is DENIED AS MOOT.


DATED: October 2, 2008